UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Andre R. Levesque</u>

        v.                    Case No. 09-cv-246-SM

<u>State of New York, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 14, 2009, no objection having been filed, for the reasons set forth therein.    Plaintiff's complaint (document no. 1) is hereby dismissed.

SO ORDERED.

November  3,  2009

                                           _____
                                           Steven J. McAuliffe
                                           Chief Judge

cc:    Andre R. Levesque, pro se